1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      11332 Mountain View Ave., Suite C
3        Loma Linda, California 92354
4        Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5        E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                 UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  RICHETTA HALL,             )   No.  EDCV 09-1688 FMO
11                        )
12       Plaintiff,         )   <u>ORDER AWARDING EAJA FEES</u>
     v.                  )
13                        )
14  MICHAEL J. ASTRUE,       )
  Commissioner Of Social Security,   )
15                        )
16       Defendant.      )
17  _____)

18
      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
      IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20
awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28
22
U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.
23
      DATED:  6/30/10      _____/s/_____
24
                         HON. FERNANDO M. OLGUIN
25
                         UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-